UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
STEVE J. KHAN

      Plaintiff,                      <u>MEMORANDUM AND ORDER</u>

  -against-                    Civil Action No.
                                   CV-03-2411(DGT)
HIP CENTRALIZED LABORATORY
SERVICES, INC.

      Defendant.

---------------------------------X

TRAGER, J:

    Defendant's request to file a second summary judgment motion regarding plaintiff's claims of harassment is granted. Defendant must serve and file its motion and memorandum within two weeks. As per local rule 6.1(b), "any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers and any reply affidavits and memoranda shall be served within five business days after service of the answering papers."


Dated: Brooklyn, New York
       May 18, 2006

                                          SO ORDERED:


                                          <u> /s/                       </u>
                                          David G. Trager
                                          United States District Judge